IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW MEXICO



FILED<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF NEW MEXICO

12 SEP 24  AM II: 28

CLERK-ALBUQUERQUE

| | |
|---|---|
| ANTOINETTE TAFOYA,<br>DAUGHTER OF AND ON BEHAF OF<br>ASPEN NOELLE, SISTER OF AND<br>ON BEHAF SETH TAFOYA AND IAN TAFOYA<br>PETITIONER,<br><br>V.<br><br>H. PAUL TSOSIE, SANTA CLARA<br>PUEBLO JUDGE, GLEN GUITRREZ,<br>SANTA CLARA PUEBLO POLICE CHIEF,<br>WALTER DASHNO, SANTA CLARA PUEBLO<br>GOVERNOR, SANTA CLARA TRIBAL COUNCIL<br>AND SANTA CLARA PUEBLO,<br>RESPONDENTS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 12cv996 JP/RHS

## PETITION FOR A WRIT OF HABEAS CORPUS

1) This court has jurisdiction by virtue of U.S.C. 1303 and 28 U.S.C. 2241. 25 U.S.C. 1303 has been authoritatively constructed to constitute a Congressional waiver of the sovereign immunity of Indian Tribes to suit. <u>Santa Clara Pueblo v. Martinez</u>, 436 U.S. 49 (1978).

2) Petitioner Antoinette Tafoya is the daughter of Aspen Noelle, the sister of Ian Tafoya and Seth Tafoya.

3) We respectively pray aWrit of Habeas Corpus will issue without delay to free Aspen Noelle, Seth Tafoya, IanTafoya from unlawful restraint. We state that:

4) Aspen Noelle, Seth Tafoya, and Ian Tafoya are restrained at the Santa Fe County Adult Correctional Facility, located at 4312 State Highway 14Santa Fe, NM 87508, in the custody of Santa Clara Pueblo Police Department;

5) To the best of our knowledge and belief, the cause or pretense of the restraint is that Aspen, Seth, Ian have been arrested and charged with one count of Obstruction of Justice;

6) The detainment is unlawful because Aspen Noelle is of White decent (see attachment 1-3), Aspen Noelle, Seth Tafoya, and Ian Tafoya are not tribal members; the tribal judge, H. Paul Tsosie, Santa Clara Governor, Walter Dashno, Police Chief, Glen Gutierrez, Santa Clara Tribal Council,Santa Clara Pueblo have shown complete disregard for the fact that Aspen's race is white, and Aspen, Seth, and Iannon-tribal members, as well as their presumedinnocence.

7) Santa Clara Tribe has singled out Aspen's, Seth's, and Ian'sperson for unusual and illegal traffic stops and arrests, in a manner suggesting exodus from neutral and legalprotections of the United StatesFederal Law, without justifying suchindependence of the U.S. Law to appropriate departments

8) The Respondents in the case has disregarded Aspen's race and non-tribal membership with denying aRequest to Quash Illegal Warrantfiledin the Santa Clara Tribal Courts on 9/14/2012 in the defense of non-tribal members in a manner opposing to *United States Statute18 U.S.C. 1152. Laws governing.*, and opposing the presumption of innocence.

9) From September 19, 2012 until the present time, the Petitioner's mother, Aspen Noelle, and brothers Ian Tafoya and Seth Tafoya have been unlawfully detained by Respondents, and each of them.

10) There are no available Tribal remedies to exhaust.

11) Habeas corpus being a personal right under United States Federal statutes (28 U.S.C. §§ 2241–2256), we present these claims personally, in addition to any claims to habeas corpus relief presented now or in the future by counsel on behalf of Aspen Noelle, Seth Tafoya, Ian Tafoya.

Wherefore, the Plaintiffs seek an immediate Writ from this Court commanding the Respondents to release Aspen Noelle, Seth Tafoya, and Ian Tafoya before this court so this court may investigate into the lawfulness of Aspen's, Seth's and Ian's detainment.

P.O. Box 56822
Albuquerque, N.M.
87187

Respectfully submitted,
Antoinette Tafoya

VERIFICATION

STATE OF NEW MEXICO        )
COUNTY OF BERNALILLO       )

I, Antoinette Tafoya, have read the foregoing Petition for Writ of Habeas Corpus, and verify that all of the foregoing facts and allegation to be true of my own personal knowledge.


                                                        Antoinette Tafoya


Subscribed and sworn to before me this      day of September, 2012.


                                                        Notary Pubic

# STATE OF CALIFORNIA

### CERTIFICATION OF VITAL RECORD

# STATE OF CALIFORNIA
## DEPARTMENT OF HEALTH SERVICES

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

| STATE FILE NUMBER | LOCAL REGISTRATION DISTRICT AND | CERTIFICATE NUMBER |
|---|---|---|
| 64-010847 | 6015 | 1082 |

| | | | | |
|---|---|---|---|---|
| **THIS CHILD** | 1a. NAME OF CHILD—FIRST NAME: Theresa | 1b. MIDDLE NAME: Phyllis Ann | 1c. LAST NAME: Viarrial | |
| | 2 SEX: Female | 3a. THIS BIRTH SINGLE TWIN OR TRIPLET: Single | 3b. IF TWIN OR TRIPLET THIS CHILD BORN 1ST 2ND 3RD: | 4a. DATE OF BIRTH—MONTH DAY YEAR: January 25, 1964 | 4b. HOUR: 9:48 A. |
| **PLACE OF BIRTH** | 5a. PLACE OF BIRTH—NAME OF HOSPITAL: Providence Hospital | | 5b. STREET ADDRESS (GIVE STREET OR RURAL ADDRESS OR LOCATION DO NOT USE P.O. BOX NUMBER): 3012 Summit Street | |
| | 5c. CITY OR TOWN: Oakland | | 5d. COUNTY: Alameda | |
| **MOTHER OF CHILD** | 6a. MAIDEN NAME OF MOTHER—FIRST NAME: Sterlie | 6b. MIDDLE NAME: Rae | 6c. LAST NAME: Lopez | 7 COLOR OR RACE OF MOTHER: White |
| | 8 AGE OF MOTHER (AT TIME OF THIS BIRTH): 22 YEARS | 9 BIRTHPLACE (STATE OR FOREIGN COUNTRY): New Mexico | 10 MAILING ADDRESS OF MOTHER—(IF DIFFERENT FROM OWN RESIDENCE—FOR NOTIFICATION OF VOTE): Same | |
| **USUAL RESIDENCE OF MOTHER** (WHERE DOES MOTHER LIVE?) | 11a. USUAL RESIDENCE OF MOTHER—STREET ADDRESS (IF RURAL GIVE LOCATION): 1438 44th Avenue | | 11b. IF INSIDE CORPORATE LIMITS: CHECK HERE ☒ | IF OUTSIDE CITY CORPORATE LIMITS CHECK ONE: ☐ ON A FARM ☐ NOT ON A FARM |
| | 11c. CITY OR TOWN: Oakland | | 11d. COUNTY: Alameda | 11e. STATE: California |
| **FATHER OF CHILD** | 12a. NAME OF FATHER—FIRST NAME: Jose | 12b. MIDDLE NAME: Jimmy | 12c. LAST NAME: Viarrial | 13 COLOR OR RACE OF FATHER: White |
| | 14 AGE OF FATHER (AT TIME OF THIS BIRTH): 25 YEARS | 15 BIRTHPLACE (STATE OR FOREIGN COUNTRY): New Mexico | 16a. PRESENT OR LAST OCCUPATION: Mechanic | 16b. KIND OF INDUSTRY OR BUSINESS: Pacific Motor Trucking Co. |
| **INFORMANT'S CERTIFICATION** | I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 17a. PARENT OR OTHER INFORMANT—SIGNATURE (BALLPOINT): ▶ Mrs. Sterlie R. Viarrial | 17b. DATE SIGNED BY INFORMANT: January 25, 1964 |
| **ATTENDANT'S CERTIFICATION** | I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE | 18a. PHYSICIAN—SIGNATURE (BALLPOINT): ▶ | 18b. ADDRESS: 3001 High St. Oak. Cal. |
| **REGISTRAR'S CERTIFICATION** | 19. DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | 20. LOCAL REGISTRAR—SIGNATURE: ▶ James C. Staley, M.D. | 21. DATE RECEIVED BY LOCAL REGISTRAR: JAN 29 1964 |

This is to certify that this document is a true copy of the official
record filed with the Office of Vital Records.



07 SEP 21   PM 4:28

TERESITA TRINIDAD
STATE REGISTRAR OF VITAL RECORDS
    DATE ISSUED



T 0 0 1 6 2 5 8 9



LAMOS

First Jud... ...Court

...N

1978387

NO. D0101CV200102090

# JRDER FOR CHANGE OF NAME

MATTER came before the court for hearing upon a Petition for Change of Name. The Court examined the matter pursuant to §§40-8-1 NMSA 1978, et seq. and, being fully advised in the premises, FINDS:

1. The Petitioner has complied with all of the requirements of the law for a change of name.

2. No sufficient cause has been shown why the name of the Petitioner should not be changed.

IT IS THEREFORE ORDERED that the name of the Petitioner be and hereby is CHANGED to be _____ *Aspen Noelle* _____.

_____

**DISTRICT JUDGE**

9/21/01

Submitted by: *Therese P.A. Tafoya*

**Petitioner, Pro Se**
*P.O. Box 2462*

Address
*Espanola NM 87532*

City, State, Zip
*505-747-7286*

Telephone No.

*Attachment 3*

ENDORSED
First Judicial District Court

**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE/~~RIO ARRIBA~~/LOS ALAMOS** AUG 3 1 2001
**STATE OF NEW MEXICO**

Santa Fe, Rio Arriba &
Los Alamos Counties
PO Box 2268
Santa Fe, NM 87504-2268

**IN THE MATTER OF A PETITION**
**FOR CHANGE OF NAME OF**
_Therese Tafoya_

NO. _D0101CV200102090_

## PETITION FOR CHANGE OF NAME

COMES NOW the Petitioner, _Therese Phyllis Anne Tafoya_,

pursuant to Section 40-8-1 NMSA 1978, and states as follows:

1. Petitioner is a resident of Santa Fe, Rio Arriba or Los Alamos County.

2. Petitioner is a person over the age of fourteen years.

3. Petitioner requests a change of name to: _Aspen Noelle_ for the

following reasons:

_1) My birth name "Therese Phyllis Anne Tafoya" was given by my biological parents, of whom I have not had a relationship or contact in the last 15 years. I no longer wish to use this biological name._

WHEREFORE, Petitioner prays this Court for its order granting a

change of name as requested.

_[Signature]_ **[Signature] PETITIONER PRO SE**
Print Name: _Therese Tafoya_
Address _P.O. Box 2462_
City/State/Zip _Espanola NM 87532_
Telephone No. _505-747-3456_

<table>
<tr><td>

**VERIFICATION**
I HAVE READ THIS PETITIION
FOR CHANGE OF NAME AND IT IS
TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

_8-31-01_ _[Signature]_
Date   Signature of Petitioner

</td><td>

SWORN TO BY THE PETITIONER BEFORE
ME ON THIS _31st_ DAY OF _August_, _2001_.

Commission Expires:
_11-02-02_   _[Signature]_ NOTARY PUBLIC

</td></tr>
</table>